# UNITED STATES DISTRICT COURT
for the
## Southern District of Texas

DEC 2 2 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America<br>v.<br>**Juan Gerardo NAVARRO-Gomez**<br>**YOB: 1997**<br>**Mexican Citizen**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. M-16-2358-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/09/2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(5)(B) | unlawful possession of a firearm, in and affecting interstate and foreign commerce, by an alien who has been admitted to the United States under a nonimmigrant visa |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D. PAXTON
12/22/16

_Complainant's signature_

Jorge Olivarez - ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 22, 2016
4:00 pm

_Judge's signature_

City and state: __McAllen, Texas__    U.S. Magistrate Peter E. Ormsby
*Printed name and title*

## ATTACHMENT A

I, Special Agent Jorge Olivarez, affiant, do hereby depose and state the following:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer since April 2006. My duties include the investigation of violations of Federal firearms laws. I know it to be unlawful for any person who, being an alien and has been admitted to the United States under a nonimmigrant visa to possess a firearm or ammunition.

2. On December 9, 2016, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), Homeland Security Investigations (HSI) Special Agents (SAs) with the assistance of the McAllen, TX Police Department Narcotics Division, purchased two (2) Barrett Model 82A1, .50 Caliber Rifles, from an individual later identified as Juan Gerardo NAVARRO-Gomez (hereinafter referred to as "NAVARRO"), in the parking lot of the Palm Villa Apartments located at 4217 Colbath Ave. in McAllen, Texas.

3. On December 8, 2016, through December 9, 2016, NAVARRO used WhatsApp voice messages, text messages, and phone calls to communicate and provide photographs prior to the sale of both firearms for $11,000.00 dollars each.

4. On December 9, 2016, at approximately 5:00 pm, HSI SAs purchased a Barrett Model 82A1, .50 Caliber rifle, Serial Number 20876 from NAVARRO for $11,000 dollars. Approximately two hours later, HSI and ATF SAs purchased the second Barrett Model 82A1, .50 Caliber rifle, Serial Number AA00388 from NAVARRO for $11,000 dollars.

## ATTACHMENT A

5. HSI conducted a database query and determined that NAVARRO is a citizen and national of Mexico who is in possession of a U.S. nonimmigrant visa (B1/B2). Due to NAVARRO's nonimmigrant status in the U.S., ATF determined that NAVARRO is prohibited from possessing a firearm.

6. An ATF SA firearm nexus expert examined the firearms and determined that both firearms were manufactured outside the state of Texas and therefore traveled in and affected interstate commerce.

_____
Jorge Olivarez - ATF Special Agent

Sworn to before me and subscribed in my presence,

_____
U.S. Magistrate Peter E. Ormsby

December 22, 2016
Date